**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 E. Sahara Ave, Suite 325
Las Vegas, NV 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KARLA TUCKER, An Individual | CASE NO. **2:18-cv-00443-GMN-CWH** |
| Plaintiff, | |
| vs. | |
| MGM RESORTS INTERNATIONAL, OPERATIONS INC., a Domestic Corporation, DOES I-X; ROE CORPORATIONS I-X. | |
| Defendants. | |

## STIPULATION AND ORDER TO STAY LITIGATION

COMES NOW, the Plaintiff, KARLA TUCKER ("TUCKER"), by and through her attorney, JENNY L. FOLEY, Ph.D., ESQ., of the law firm HKM EMPLOYMENT ATTORNEYS LLP, and Defendant, MGM RESORTS INTERNATIONAL, INC., ("DEFENDANT"), by and through its attorney, AMANDA CRESPO, ESQ., of GRUBE BROWN & GEIDT LLP, and hereby stipulates and agrees as follows:

1. That the Litigation in the above referenced case be stayed until September 4, 2018. The reason for the stay is that the Plaintiff daughter's is ill and Plaintiff needs to attend to family matters surrounding her.

2. The parties' stipulation for a stay is not intended to have any effect on the Court's orderly review and disposition of Plaintiff's Second Amended Complaint (ECF No. 16), Defendant's Answer to Amended Complaint (ECF No. 17), or any other motions that may be filed by either party during the stay.

Dated this 2nd day of August, 2018.　　　　　　Dated this 2nd day of August, 2018.

**HKM Employment Attorneys LLP**　　　**Grube Brown & Geidt LLP**

*/s/ Jenny L. Foley*　　　　　　　　　　　　*/s/ Amanda Bolliger Crespo*
Jenny L. Foley, Ph.D., Esq.　　　　　　　　Amanda Bolliger Crespo, Esq.
Nevada Bar No. 9017　　　　　　　　　　　California Bar No. 250292 [*admitted Pro Hac Vice*]
1785 East Sahara Ave., Suite 325　　　　　633 West 5th Street
Las Vegas, Nevada 89104　　　　　　　　　Suite 3330
　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90071

**ORDER**

The Court having reviewed the foregoing STIPULATION AND ORDER TO STAY LITIGATION in the above-entitled matter and for good cause appearing therefor,

**IT IS SO ORDERED** that the Litigation in the above referenced case stay until September 4, 2018, unless otherwise deemed sooner by Plaintiff and Defense counsel.

**IT IS SO ORDERED** The parties' stipulation for a stay is not intended to have any effect on the Court's orderly review and disposition of Plaintiff's Second Amended Complaint (ECF No. 16), Defendant's Answer to Amended Complaint (ECF No. 17), or any other motions that may be filed by either party during the stay.

Dated: August 6, 2018

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:
**HKM Employment Attorneys LLP**

/s/ Jenny L. Foley
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 9017
1785 East Sahara Ave, Suite 325
Las Vegas, Nevada 89104
*Attorney for Plaintiff*