**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 E. Sahara Ave, Suite 325
Las Vegas, NV 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KARLA TUCKER, An Individual | CASE NO. **2:18-cv-00443-GMN-CWH** |
| Plaintiff, | |
| vs. | |
| MGM RESORTS INTERNATIONAL, OPERATIONS INC., a Domestic Corporation, DOES I-X; ROE CORPORATIONS I-X. | |
| Defendants. | |

### STIPULATION AND ORDER TO VACATE THE EARLY NEUTRAL EVALUATION

COMES NOW, the Plaintiff, KARLA TUCKER ("TUCKER"), by and through her attorney, JENNY L. FOLEY, Ph.D., ESQ., of the law firm HKM EMPLOYMENT ATTORNEYS LLP, and Defendant, MGM RESORTS INTERNATIONAL, INC., ("DEFENDANT"), by and through its attorney, SANDRA KETNER, ESQ., of LITTLER MENDELSON, P.C. and hereby stipulates and agrees as follows:

1. That the Early Neutral Evaluation in the above referenced case currently set for August 22, 2018, be rescheduled until after September 4, 2018. The reason for the stay is that the Plaintiff daughter's is ill and Plaintiff needs to attend to family matters surrounding her.

2. The parties' stipulation for a stay is not intended to have any effect on the Court's orderly review and disposition of Plaintiff's Second Amended Complaint (ECF No. 16), Defendant's Answer to Amended Complaint (ECF No. 17), or any other motions that may be filed by either party during the stay.

Dated this 6th day of August, 2018.   Dated this 6th day of August, 2018.

**HKM Employment Attorneys LLP**   **Grube Brown & Geidt LLP**

*/s/ Jenny L. Foley*   */s/ Amanda Bolliger Crespo*
Jenny L. Foley, Ph.D., Esq.   Amanda Bolliger Crespo, Esq.
Nevada Bar No. 9017   California Bar No. 250292 [*admitted Pro Hac Vice*]
1785 East Sahara Ave., Suite 325   633 West 5th Street
Las Vegas, Nevada 89104   Suite 3330
　　　　　　　　　　　　　　　　　Los Angeles, CA  90071

# ORDER

The Court having reviewed the foregoing STIPULATION AND ORDER TO STAY LITIGATION in the above-entitled matter and for good cause appearing therefor,

**IT IS SO ORDERED** that the Early Neutral Evaluation in the above referenced case is rescheduled until after September 4, 2018, unless otherwise deemed sooner by Plaintiff and Defense counsel and by the Court's calendar.

**IT IS SO ORDERED** The parties' stipulation for a stay is not intended to have any effect on the Court's orderly review and disposition of Plaintiff's Second Amended Complaint (ECF No. 16), Defendant's Answer to Amended Complaint (ECF No. 17), or any other motions that may be filed by either party during the stay.

Dated: 8-9-2018

UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:
**HKM Employment Attorneys LLP**

/s/ Jenny L. Foley
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 9017
1785 East Sahara Ave, Suite 325
Las Vegas, Nevada 89104
*Attorney for Plaintiff*

IT IS HEREBY ORDERED that the Early Neutral Evaluation Session scheduled for August 22, 2018 is VACATED and RESCHEDULED to September 6, 2018 at 10:00 AM. The confidential statement is due by 4:00 PM, August 30, 2018. All else as stated in the Order setting the ENE remains the same (ECF NO. 24).