# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| KARLA TUCKER,<br><br>    Plaintiffs,<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL OPERATIONS, INC., *et al.*,<br><br>    Defendants. | 2:18-cv-00443-GMN-CWH<br><br>**<u>ORDER</u>** |

Considering the stay (ECF No. 37) in this matter,

IT IS HEREBY ORDERED that a hearing regarding the Early Neutral Evaluation, is scheduled for 1:00 PM, September 24, 2018, in Courtroom 3D.

DATED this 19th day of September, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE