# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| KARLA TUCKER, | |
|---|---|
| Plaintiff, | |
| vs. | 2:18-cv-00443-GMN-CWH |
| MGM RESORTS INTERNATIONAL OPERATIONS, INC., *et al.*, | **ORDER** |
| Defendants. | |

The Court has been notified that the parties have reached a settlement.

Accordingly,

IT IS HEREBY ORDERED that the ENE scheduled for October 15, 2018, is VACATED.

IT IS FURTHER ORDERED that the parties must file a stipulation and order for dismissal on or before November 13, 2018.

DATED this 9th day of October, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE